IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOYCE A. ALT,

               Plaintiff,

   v.

THE TAX CLUB,
d/b/a PRESTIGE FINANCING SERVICES,
THE SUCCESS ONLINE,                                    Case No. 13-cv-541
MY ESSENTIAL PLANS and
MANHATTAN PROFESSIONAL GROUP, INC.,
and MONEY CLUB,
d/b/a WEBCOR INC. and TITANEER CORP.,

               Defendants.
_____

ENTRY OF DEFAULT
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that defendant The Tax Club has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the plaintiff, the Clerk hereby enters the default of defendant The Tax Club pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Entry of default is denied as to defendant Money Club. There is no proof that Money Club has been served with the summons and complaint. Plaintiff alleges that both defendants are part of a common business enterprise. If this is the case, and both defendants are in fact a single entity, defendant Money Club should be dismissed and the case proceed against defendant The Tax Club. If defendants are separate entities, service must be made upon defendant Money Club in order to obtain entry of default.

      Dated this <u>15th</u> day of <u>January, 2014</u>.

                                                  <u>s/Peter Oppeneer</u>
                                                  PETER OPPENEER, Clerk of Court