UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOYCE A. ALT
E11182 Carpenter Street
Baraboo, WI 53913

       Plaintiff,

v.

THE TAX CLUB,
DBA: PRESTIGE FINANCING SERVICES,
    THE SUCCESS ONLINE,
    MY ESSENTIAL PLANS,
    MANHATTAN PROFESSIONAL GROUP, INC.
350 Fifth Avenue, Suite 6015
New York, NY 10118

       Defendant.

Case No.: 13-cv-541

---

### DEFAULT JUDGMENT

The defendant, THE TAX CLUB, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 15, 2014, and counsel for Plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff JOYCE ALT and against Defendant THE TAX CLUB, as follows:

1. Statutory damages totaling $364,000.00, resulting from undisputed violations of:

    (a) Wis. Stat.§ 100.18(1);

    (b) Wis. Admin. Code § ATCP 116.02;

    (c) Wis. Admin. Code § ATCP 116.03;

    (d) Wis. Admin. Code § ATCP 127.04(1);

(e) Wis. Admin. Code § ATCP 127.06;

(f) Wis. Admin. Code § ATCP 127.14;

(g) Wis. Stat. § 422.303(3);

(h) Wis. Stat. § 423.203(1); and

(i) Wis. Stat. § 422.203(1).

2. Reasonable attorneys' fees, pursuant to Wis. Stat. §§ 100.18(11)(b); 100.20(5); 425.304(2); and 425.308, totaling $26,530.99. (*Orr Aff.* ¶ 10; EXHIBITS A, B).

3. Costs related to prosecution of this action, totaling $998.81. (*Orr Aff.* ¶ 22; EXHIBIT C).

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 12th day of February 2014

Barbara B Crabb
~~Clerk of Court~~ District Judge

Judgment entered this 13th day of February, 2014.

Peter Oppeneer
Clerk of Court